UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 2 [?] 2000

[stamp illegible]

| | |
|---|---|
| JUDICIAL WATCH, INC., <u>et al.</u>, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 99-2566 (TFH) |
| | ) |
| DEUTSCHE BANK, A.G., <u>et al.</u>, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Application of PNC Bank Corporation and PNC Mortgage

Corporation of America for Costs, Including Reasonable Attorneys' Fees and Expenses, the

response thereto, and in light of this Court's holding on May 4, 2000, it is hereby

**ORDERED** that the defendant's Application is **GRANTED**.  Accordingly, it is further

**ORDERED** that Larry Klayman and Judicial Watch, Inc. shall pay to PNC Bank

Corporation $5,173.75.

**SO ORDERED**.

December **22**, 2000

_____
Thomas F. Hogan
United States District Judge