UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., et al., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 99-2566 (TFH) |
| DEUTSCHE BANK, A.G., et al., | ) |
| Defendant. | ) |

**ORDER**

FILED

FEB 0 6 2001

NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

On December 22, 2000, this Court granted the Application of PNC Bank Corporation and PNC Mortgage Corporation of America for Costs, Including Reasonable Attorneys' Fees and Expenses in light of the Court's May 4, 2000 decision. Accordingly, the Court ordered Larry Klayman and Judicial Watch, Inc. to pay PNC Bank Corporation $5,173.75. Pursuant to a subsequent agreement between the parties respecting these awarded costs and an appeal pending before the United States Court of Appeals for the D.C. Circuit, the parties have now jointly moved to have the December 22, 2000 Order vacated. Upon consideration of the parties' joint motion, it is hereby

**ORDERED** that the Court's December 22, 2000 Order [#95] is **VACATED**. Accordingly, it is further hereby

**ORDERED** that the plaintiff's Motion for Reconsideration [#96] is **DENIED AS MOOT**. It is further



AO 72A
(Rev 8/82)

**ORDERED** that defendants' Motion for One-Day Extension of Time [#97] is **DENIED AS MOOT**.

**SO ORDERED**.

February 6th, 2001

Thomas F. Hogan
United States District Judge